UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61282-CIV-ZLOCH

ALLISON SMITH,

Plaintiff,

vs. **O R D E R**

FRESH CONCEPT RESTAURANTS I, LLC.,

Defendant.
_________________________________/

THIS MATTER is before the Court upon Plaintiff's Motion To Compel (DE 20). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Plaintiff filed this case under the Fair And Accurate Transaction Act, 15 U.S.C. § 1681 c(g) (hereinafter "FACTA"), and in her Complaint (DE 1) she notifies the Court and Defendant that she will seek to prosecute this case as a class action. Very little activity has taken place in this case, and now, two weeks before pre-trial conference and after the close of discovery, Plaintiff has filed the instant Motion (DE 20) to compel certain discovery requests. Plaintiff claims that most of the discovery requests are necessary for her to meet the numerosity requirement of proceeding as a Class Action under Rule 23. *See* DE 20.

Despite Plaintiff's arguments for granting her relief, the Court will deny the instant Motion for several reasons. First, no motion for class certification was ever filed. We are on the eve

of trial, the pre-trial stipulations have been filed, and there is no reasonable basis for Plaintiff to now begin gathering the necessary discovery for class certification. Rule 23(c)(1) does not provide a specific time for when a Plaintiff must move and the Court must certify a putative class action, but it does use the phrase "at an early practicable time." Fed. R. Civ. P. 23(c)(1). At an early practicable time is not the eve of trial. In fact, Plaintiff has still not made a motion for class certification to the Court. The discovery at issue is merely in anticipation of a motion for class certification that will presumably be raised at trial. This is incompatible with Rule 23 and is not a basis for the Court granting Plaintiff's Motion. Second, the Court closed the discovery in this matter twenty days before pre-trial conference. *See* DE 9. Thus, the motion is untimely and will be denied as such.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion To Compel (DE 20) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of February, 2009.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record